515 A.2d 893

**In re ESTATE OF Darrell DORONE.**

**Petition of William DORON and Carol Doron, Parents and Natural Guardians of Darrell Dorone, a/k/a Darrell Doron.**

Supreme Court of Pennsylvania.

Sept. 29, 1986.

Petition for Allowance of Appeal GRANTED, No. 117 E.D. Appeal Docket 1986.